UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE MORTON,<br><br>             Plaintiff,<br><br>  vs.<br><br>HUD/SPOKANE HOUSING AUTHORITY,<br><br>             Defendants. | NO.  CV-13-0027-LRS<br><br>ORDER OF DISMISSAL |

On February 1, 2013 the Court ordered *pro se* plaintiff, now proceedings *in forma pauperis*, to amend her complaint. On February 11, 2013, the plaintiff amended her complaint, and then filed supplemental exhibits on February 25, 2013 and March 1, 2013. The Court has again screened for legal and factual sufficiency.

The Court finds her amended complaint fails to state a claim upon which relief may be granted and fails to comply with Federal Rule of Civil Procedure 8(a). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to *pro se* plaintiff.

**DATED** this 18th day of March, 2013.

*s/Lonny R. Suko*

                      LONNY R. SUKO
           UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1